# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2009

Marilyn Kelly,
Chief Justice

137164

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

KYLE SMITH, as Next Friend of MORGAN
SMITH,
    Plaintiff-Appellee,

v

                SC: 137164
                COA: 283826
                Kent CC: 07-004466-NO

ANSARA RESTAURANT GROUP, INC.,
    Defendant-Appellant.

_____/

    On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2009          _____
                    Clerk